*Civ. 06-1028 JAF*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

JORGE L. GARIB-BAZAIN,    .

    Plaintiff,    .

        v.    .    CIVIL NO.

UNITED STATES OF AMERICA,  .    (Related to Cr. No. 97-091 (11) (JAF).

    Defendant.    .



---

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO THE LEGAL AUTHORITY

## FOUND IN TITLE 28, U.S.C. §2255, WITH MEMORANDUM OF LAW

Petitioner;
Jorge L. Garib-Bazain, Pro Se.
E-12 Malaga Street,
Vistamar Marina,
Carolina, Puerto Rico 00983

FORMS TO BE USED FOR MOTIONS
UNDER 28 U.S.C. § 2255
(Formulario para Mociones bajo el Titulo 28,
Código E.U. § 2255)


Jorge L. Garib-Bazaín
   NAME (Nombre)

Reg. N° 17836-069                       Community Confinement
   PRISON NUMBER                         PLACE OF CONFINEMENT
   (Número en la prisión)                (Lugar de reclusión)


United States District Court for the District of Puerto Rico
(Tribunal de Distrito de los Estados Unidos para el Distrito de
Puerto Rico)


_____
     CASE NUMBER
     (Número del caso)
To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito
Federal.)


United States

v.

Jorge L. Garib-Bazaín
FULL NAME OF MOVANT
(Nombre completo del peticionario)

     If movant has a sentence to be served in the future under a
federal judgment which he wishes to attack, he should file a motion
in the federal court which entered the judgment.

     (Si el peticionario tiene que cumplir una condena futura
dictada por un tribunal federal y que desee impugnar, deberá
radicar una moción en el tribunal federal que dictó el fallo.)

     MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
       — BY A PERSON UNDER FEDERAL CUSTODY
     (Moción para revocar, dejar sin efecto o corregir una
       condena de una persona bajo custodia federal)

1.   This motion must be legibly handwritten or typewritten, and
     signed by the movant under penalty of perjury.  Any false
     statement of a material fact may serve as the basis for
     prosecution and conviction for perjury.  All questions must
     be answered concisely in the proper space on the form.

Page -2-

(Esta moción debe escribirse en manuscrito, en letra clara,
o a maquinilla, y deberá firmarla el peticionario bajo pena
de perjurio.  Cualquier declaración falsa sobre algún dato
importante podrá servir de base a un procesamiento y condena
por perjurio.  Todas las preguntas deben contestarse en forma
concisa en el espacio disponible en el formulario.)

2.    Additional pages are not permitted, except with respect to
the facts which you rely upon to support your grounds for
relief.  No citations of authorities need to be furnished.
If briefs or arguments are submitted, they should be submitted
in the form of a separate memorandum.

(No se permite utilizar páginas adicionales, excepto en
relación con los hechos que sirven de base para sustentar sus
motivos para una indemnización.  No es necesario citar
autoridades.  De someterse memorandos o alegatos, éstos
deberán someterse en un documento aparte.)

3.    Upon receipt, your motion will be filed if it is in proper
order.
(Su moción se radicará al recibirse, si la misma cumple con
todos los requisitos.)

4.    If you do not have the necessary funds for transcript,
counsel, appeal or other costs connected with a motion of this
type, you may request permission to proceed in forma pauperis,
in which case you must execute the declaration on the last
page setting forth information establishing your inability to
pay the costs.  If you wish to proceed in forma pauperis, you
must have an authorized officer at the penal institution
complete the certificate as to the amount of money and
securities on deposit to your credit in any account in the
institution.

(Si usted no tiene el dinero necesario para pagar las
transcripciones, abogado, apelación u otros costos
relacionados con esta clase de moción, puede solicitar
autorización para proceder en forma de pobre, en cuyo caso
deberá firmar la declaración que aparece en la última página
para que conste que no le es posible pagar los costos.  Si
desea proceder en forma de pobre, un funcionario autorizado
de la institución penal deberá llenar la certificación en
relación a los dineros o valores depositados a su favor en
cualquier cuenta en la institución.)

Page -3-

5.  Only judgments entered by one court may be challenged in a
    single motion.  If you seek to challenge judgments entered by
    different judges or divisions in the same district or in
    different districts, you must file separate petitions as to
    each such judgments.
    (Sólo podrán impugnarse en una moción las sentencias dictadas
    por un mismo tribunal.  Si usted quiere impugnar sentencias
    dictadas por más de un juez o división del mismo distrito o
    de diversos distritos, deberá radicar una solicitud separada
    para cada sentencia.)

6.  Your attention is directed to the fact that you must include
    all grounds for relief and all facts supporting such grounds
    for relief in the motion you file seeking relief from any
    judgment or conviction.
    (Se le apercibe del hecho de que deberá incluir todas las
    razones por las cuales solicita un remedio, y los hechos que
    sustentan dichas razones en la moción que radique solicitando
    un remedio respecto a cualquier sentencia o condena.)

7.  When the motion is fully completed, the original and two
    copies must be mailed to the Clerk of the United States
    District Court for the District of Puerto Rico, whose address
    is:
    (Una vez cumplimentada debidamente la moción, deberá enviar
    por correo original y dos copias al Secretario del Tribunal
    de Distrito de los Estados Unidos para el Distrito de Puerto
    Rico, a su dirección en:

                        Clerk's Office
                        U.S. District Court for Puerto Rico
                        Room 150 - Federal Building
                        Carlos Chardón Avenue
                        Hato Rey, PR 00918-1767

8.  Motions which do not conform to these instructions will be
    returned with a notation as to the deficiency.
    (Las mociones que no cumplan con estas instrucciones se
    devolverán con una nota indicando el defecto.)

Page -4-

## MOTION
## (Moción)

1. Name and location of court which entered the judgment or conviction under attack:
   (Nombre y dirección del tribunal que dictó la sentencia o condena que usted impugna.)

   United States District Court, District of Puerto Rico.

2. Date of judgment or conviction:    July 11, 2000.
   (Fecha de la sentencia o condena)

3. Length of sentence:    Sixty (60) months.
   (Duración de la condena)

4. Nature of offense involved:    18 U.S.C. Section 371 and 1623.
   (Naturaleza del delito en cuestión)

   _____

5. What was your plea? Check one.
   (¿Cómo se declaró usted? Marque uno.)

   a) Not guilty ( X ) b) Guilty (  ) c) Nolo contendere (  )
      (No culpable)      (Culpable)

   If you entered a guilty plea to one count or indictment, and a not guilty plea as to other count or indictment, give details:
   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

   _____

   _____

   _____

6. Kind of trial. Check one.
   (Tipo de juicio. Marque uno.)

   a) Jury      ( X )      b)  Judge only (  )
      (Por jurado)            (Por derecho)

7. Did you testify at the trial?        Yes (  ) No   ( X )
   (¿Testificó en el juicio?)           (Sí)      (No)

8. Did you appeal judgment of conviction? Yes ( X ) No   (  )
   (¿Apeló la sentencia condenatoria?)    (Sí)      (No)

9.  If you did appeal, answer the following:
    (Si apeló, conteste lo siguiente:)

    a)  Name of the court          Supreme Court of the United States.
        (Nombre del tribunal)

    b)  Result                     Certiorari denied.
        (Resultado)

    c)  Date of result             January 27, 2003 (537 U.S. 1171).
        (Fecha del resultado)

10. Other than a direct appeal from the judgment of conviction
    and sentence, have you previously filed any petitions,
    applications, or motions with respect to this judgment in any
    federal court?
    (Aparte de una apelación directa del fallo condenatorio y la
    sentencia, ¿ha radicado usted anteriormente alguna petición,
    solicitud o moción en relación a dicho fallo en algún tribunal
    federal?)

                        Yes (  )              No (X )
                        (Si)                  (No)

11. If your answer to question 10 was "yes", provide the
    following:
    (Si su contestación a la pregunta número 10 fue "si", indique
    lo siguiente:)

    a)  1.  Name of court          _____
            (Nombre del tribunal)

        2.  Nature of proceedings  _____
            (Naturaleza de los procedimientos)

        3.  Grounds raised         _____
            (Razones aducidas)

        4.  Did you receive an evidentiary hearing on your
            petition, application or motion?
            (¿Le concedieron una vista para presentar pruebas
            respecto a su petición, solicitud o moción?)
                        Yes (  )              No (  )
                        (Si)                  (No)

        5.  Result                 _____
            (Resultado)

        6.  Date of result         _____
            (Fecha del resultado)

Page -6-

b)   As to any second petition, application or motion give
     the same information:
     (Provea la misma información respecto a una segunda
     petición, solicitud o moción.)

     1.   Name of court                    _____
          (Nombre del tribunal)

     2.   Nature of proceedings _____
          (Naturaleza de los procedimientos)

     3.   Grounds raised                   _____
          (Razones aducidas)

     4.   Did you receive an evidentiary hearing on your
          petition, application or motion?
          (¿Le concedieron una vista para presentar pruebas
          respecto a su petición, solicitud o moción?)
                              Yes ( )              No ( )
                              (Sí)                 (No)

     5.   Result                           _____
          (Resultado)

     6.   Date of result                   _____
          (Fecha del resultado)

c)   As to any third petition, application, or motion give
     the same information:
     (Provea la misma información respecto a una tercera
     petición, solicitud o moción.)

     1.   Name of court                    _____
          (Nombre del tribunal)

     2.   Nature of proceedings _____
          (Naturaleza de los procedimientos)

     3.   Grounds raised                   _____
          (Razones aducidas)

          _____

          _____

Page -7-

4.   Did you receive an evidentiary hearing on your
     petition, application or motion?
     (¿Le concedieron una vista para presentar pruebas
     respecto a su petición, solicitud o moción?)
                              Yes ( )              No ( )
                              (Sí)                 (No)

5.   Result
     (Resultado)                    _____

6.   Did you appeal the result of any action taken on
     any petition, application or motion to an appellate
     court having jurisdiction?
     (¿Apeló usted el resultado de alguna acción tomada
     respecto a cualquier petición, solicitud o moción
     al tribunal de apelación con jurisdicción?)

     1)   First petition, etc.      Yes ( )      No ( )
          (Primera petición, etc.) (Sí)          (No)

     2)   Second petition, etc.     Yes ( )      No ( )
          (Segunda petición, etc.) (Sí)          (No)

     3)   Third petition, etc.      Yes ( )      No ( )
          (Tercera petición, etc.) (Sí)          (No)

d)   If you did not appeal from the adverse action on any
     petition, application or motion, explain briefly why not.
     (Si no apeló la resolución adversa respecto a cualquier
     petición, solicitud o moción, explique brevemente por
     qué no lo hizo:)

     _____

     _____

     _____

     _____

12.  State concisely every ground on which you claim that you are
     being held unlawfully. Summarize briefly the facts supporting
     each ground.
     (Exponga brevemente cada una de las razones por las que usted
     alega estar detenido ilegalmente. Resuma brevemente los
     hechos que sustenten cada una de las razones.)

Page -8-

If necessary you may attach pages stating additional grounds
and facts supporting same.
(De ser necesario puede incluir páginas para indicar los
motivos y hechos adicionales que sustenten los mismos.)

CAUTION:  If you fail to set forth all such grounds in this
motion, you may be barred from presenting them at a later
date.
(ADVERTENCIA:  Si deja de exponer todos los motivos en esta
moción, podría más adelante verse impedido de presentarlos.)

For your information, the following is a list of the most
frequently raised grounds for relief in these proceedings.
(Para su información incluimos a continuación una lista de
los motivos utilizados con mayor frecuencia al solicitar un
remedio en estos procedimientos.)

Each statement preceded by a letter constitutes a separate
ground for possible relief.  You may raise any grounds which
you may have other than those listed.  However, you should
raise in this motion all available grounds -relating to this
conviction- on which you base your allegations that you are
being held under custody unlawfully.
(Cada aseveración que está precedida por una letra constituye
un motivo separado para un posible remedio.  Puede aducir
cualquier otro motivo adicional a los enumerados.  Sin
embargo, deberá incluir en esta  petición todos los motivos
disponibles -relacionados con esta condena- en los que basa
su alegación de encontrarse detenido ilegalmente.)

Do not check any of these listed grounds.
(No marque ninguno de los motivos enumerados a continuación.)

The motion will be returned to you if you merely check (a)
through (j) or any one of these grounds.
(Se le devolverá la petición si usted meramente marca de la
"a" a la "j" o cualesquiera de estos motivos.

If you select one or more of these grounds for relief, you
must allege facts.
(Si selecciona uno o más de estos motivos para solicitar un
remedio, deberá alegar hechos.)

a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge and the consequences of the plea.
(La condena se obtuvo mediante una alegación de culpabilidad inducida ilegalmente, o no se hizo de forma voluntaria con conocimiento de la naturaleza del cargo y las consecuencias de declararse culpable.)

b) Conviction obtained by use of coerced confession.
(La condena se obtuvo por medio de una confesión bajo coacción.)

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un registro y ocupación ilegales.)

d) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un arresto ilegal.)

e) Conviction obtained by a violation of the privilege against self-incrimination.
(La condena se obtuvo mediante una violación del privilegio de no incriminarse a si mismo.)

f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(La condena se obtuvo porque la fiscalía no cumplió con su deber constitucional de revelar al acusado las pruebas a su favor.)

g) Conviction obtained by a violation of the protection against double jeopardy.
(La condena se obtuvo mediante una violación de la protección a no ser procesado dos veces por el mismo delito.)

h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(La condena se obtuvo mediante la actuación de un gran jurado o jurado de juicio seleccionado y constituido inconstitucionalmente.)

Page -10-

i)  Denial of effective assistance of counsel.
    (Se le negó el auxilio necesario de un abogado.)

j)  Denial of right to appeal.
    (Se le negó el derecho de apelación.)

k)  Sentence is in excess of maximum authorized by law.
    (La condena excede el máximo autorizado por la ley.)

Ground one:    The Court that imposed my sentence calculated
(Primer motivo)

my sentence based on "mandatory" Federal Sentencing Guidelines.

This was unconstitutional pursuant to United States v. Booker, 543

U.S.    , 125 S Ct 738, 160 L Ed2d 621 (January 12, 2005).

_____

_____

**Supporting facts (tell your story briefly without citing
cases or law):
Hechos justificativos   (Relate brevemente su versión de
los hechos sin citar precedentes ni leyes:)**

The sentencing court calculated my sentence by using the mandatory

sentencing   federal   guidelines.   It   held   that   the   guideline

imprisonment range was 57 to 71 months, but because the Honorable

Court  grouped  together  both  counts  and  the  statutory  maximum  under

28 U.S.C. Section 371 was sixty (60) months, I was sentenced to a

term of imprisonment of 60 months.

_____

**Ground two:** _____
**(Segundo motive)**

_____

_____

_____

_____

_____

Page -11-

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____

_____

_____

_____

_____

_____

_____

Ground three: _____
(Tercer motivo)

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases or law):
(Hechos justificativos. Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____

_____

_____

_____

_____

_____

Page -12-

Ground four:
(Cuarto motivo)    _____

_____
_____
_____
_____
_____

Supporting facts (tell your story briefly without citing
cases or law):
Hechos justificativos.  (Relate brevemente su versión de
los hechos sin citar precedentes ni leyes:)

_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not
previously presented, state briefly what grounds were not
presented; and give your reasons for not presenting them:
(Si alguno de los motivos enumerados en el 12A, B, C, y D, no
se ha presentado anteriormente, indique brevemente cuáles de
los motivos no se presentaron y por qué razón:)

_____
_____
_____
_____
_____

Page -13-

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
(¿Tiene usted alguna petición o apelación pendiente en algún tribunal en relación con la sentencia que está impugnando?)

Yes ( )          No (X )
(Si)             (No)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.
(Dé el nombre y dirección, si los sabe, de cada uno de los abogados que lo representaron en las siguientes etapas de la sentencia que está impugnando.)

a) At preliminary hearing: _____
   (En la vista preliminar)

b) At arraignment and plead: _____
   (En la lectura de acusación y alegación)

   _____

c) At trial: _____
   (En el juicio)

   _____

d) At sentencing:    Black, Srebnick & Kornspan, P.A., Howard
   (En la imposición de la sentencia)

   Srebnick, Heidi Schulz and Charles Fitzwilliams.

e) On appeal: _____
   (En la apelación)

f) In any post-conviction proceeding: _____
   (En cualquier proceso posterior a la condena)

   _____

g) On appeal from any adverse ruling in a post-conviction proceeding:
   (En la apelación de cualquier decisión adversa en un proceso posterior a la condena.)

   _____

   _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?

Page -14-

    (¿Lo sentenciaron en un mismo tribunal y a la vez por más de un cargo en una acusación o por más de una acusación?)

                           Yes ( X )                No ( )
                           (Sí)                     (No)

17.   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    (¿Tiene que cumplir alguna otra pena después que termine la pena impuesta por el fallo que está impugnando?)

                           Yes ( )                No ( X )
                           (Sí)                     (No)

    a)   If so, give name and location of court which imposed sentence to be served in the future.
        (De ser así, dé el nombre y localización del tribunal que impuso la pena que se cumplirá en el futuro.)

        _____

    b)   And give date and length of sentence to be served in the future.
        (Dé también la fecha y duración de la pena que cumplirá en el futuro.)

        _____

    c)   Have you filed or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
        (¿Ha radicado o piensa radicar alguna petición para impugnar el fallo bajo el cual se impuso la pena que se cumplirá en el futuro?)

                           Yes ( )                No ( )
                           (Sí)                     (No)

WHEREFORE, movant prays that the Court grant the relief to which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In _Carolina_ , _Puerto Rico_ .
En

_[signature]_ M.D., P.T.
Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this _11_ day of _January_ , 19 2006 .
Firmado hoy     del mes de           19

_[signature]_ M.D., P.T.
Petitioner (Peticionario)