RECEIVED & FILED

'6 MAR 29 PM 2: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

March 21, 2006



Hon. José A. Fusté
Chief Judge
U. S. District Court
Clemente Ruiz Nazario Bldg.
Hato Rey, Puerto Rico

Re:   U.S. v Garíb-Bazain, USDC 97-091 (11) (JAF)
e/f:  _____-___

Dear Judge Fusté:

The Federation of State Medical Boards of the United States, Inc. ("FSMB"), provides state licensing authorities with credential verification services for health professionals. I am currently finalizing the confinement phase of my sentence, and must send my original passport to the Federation Credentials Verification Service of the FSMB in order to secure the credential services from the FSMB to obtain gainful employment. (In my case, there is no opportunity to obtain an original birth certificate as I was born in Cuba.)

The passport must be sent via Fed Ex, DHL (signature upon delivery required) to 400 Fuller Wiser Road, suite 300, Euless TX 76039-3855. It is generally returned within 10 working days.

If you authorize the release of my passport to Mr. Ramón E. Dapena, of Goldman Antonetti & Córdova, he would undertake the task on my behalf and I could comply with the FSMB requirements. Mr. Dapena would return the passport promptly to the U.S.Pre Trial Services Office upon receipt. As a further guarantee, Mr. Dapena would commit himself to granting no access to persons other than FSMB and the carrier under the indicated condition.

Cordially,

Jorge Garíb-Bazain, M.D., P.T.                Vo. Bo.
                                              Ramón E. Dapena

cc.   Pre Trial Services

*[Handwritten margin notes:] Order - Grant this request to grant Prob. Dept. Will arrange w/ Mr. Dapena 3/27/06*