UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JORGE L. GARIB-BAZAIN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 06-1028 (JAF)

(Crim. No. 97-091)

## **J U D G M E N T**

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered summarily dismissing the present 28 U.S.C. § 2255 petition. Rule 4(b) of the Rules Governing § 2255 Proceedings in U.S. District Courts.

San Juan, Puerto Rico, this 24th day of April, 2006.

                                S/José Antonio Fusté
                                JOSE ANTONIO FUSTE
                            Chief U. S. District Judge