IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America, | Case No. CR97-091 (11) (JAF) |
| Plaintiff, | |
| v., | |
| Jorge L. Garib-Bazain, et.al., | |
| Defendants. | |

**MOTION REQUESTING ORDER TO COMPLY**

COMES NOW defendant Jorge L. Garib-Bazain and respectfully states and prays:

1. On March 27, 2006, this Honorable Court ordered the U.S. Probation Services to deliver defendant's passport to attorney Ramón E. Dapena as per the instructions therein. (Endorsed Order Docket # 1677).

2. To this effect, on April 27, 2006, the attached letter was hand delivered, via messenger, to the U.S. Probation Services.

3. To this date, the undersigned not received the defendant's passport.

WHEREFORE, it is respectfully requested that this Honorable Court order to the U.S. Probation Services to comply with its prior order by securing defendant's passport and making it available to the undersigned.

I HEREBY CERTIFY that on this 20th. day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Jose R. Aguayo, Esq., Marlene Aponte-Cabrera, Esq., Mary K. Butler, Esq.; Rafael L. Castro-Lang, Esq., Luis O. Dávila-Alemán, Esq., David C. Indiano-Vicic, Esq., José F. Irizarry-Pérez, Esq.; Nereida Meléndez-Rivera, Esq., Juan A. Pedrosa-Trapaga, Esq., David W. Román, Esq.; María H. Sandoval, Esq., Rebecca Vargas-Vera, Esq.; and by regular mail to Gustavo A. Gelpí-Abarca, McConnell Valdés, PO Box 364225, San Juan, Puerto Rico 00936-4225; US Marshal, U.S. Marshal Services, Federal Building, Room 100, San Juan, Puerto Rico 00198-1767; Alejandro Oliveras-Rivera, Esq. PO Box 9024062, San Juan, PR 00902-4062; Gerardo Ortiz-del Rivero, 53 Palmeras St. Suite 1401, San Juan, Puerto Rico 00901-2417; U.S.

Probation, U.S. Probation Office, Federal Building, Room 143, San Juan, Puerto Rico 00918-1767; Pre-trial Services, U.S. Pretrial Services, Federal Building, Room 691, San Juan, PR 00918-1767.

In San Juan, Puerto Rico, this 20th day of June, 2006.

> s/Ramón E. Dapena
> USDC #125005
> GOLDMAN ANTONETTI & CORDOVA, P.S.C.
> P.O. Box 70364
> San Juan, Puerto Rico 00936-8364
> Tel. (787) 759-4208: Fax: (787) 767-9177
> rdapena@gaclaw.com