# GOLDMAN ANTONETTI & CORDOVA, P.S.C.

ATTORNEYS AND COUNSELORS AT LAW

AMERICAN INTERNATIONAL PLAZA
FOURTEENTH FLOOR
250 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918

RAMON E. DAPENA
PRINCIPAL SHAREHOLDER
(787) 759-4208
RDAPENA@GACLAW.COM

POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364
TELEPHONE: (787) 759-8000
TELECOPIER: (787) 767-9177
HTTP://WWW.GACLAW.COM

April 17 2006

**DELIVERED BY HAND**

US Probation Services
150 Chardon Avenue
Hato Rey, PR

Re: <u>CR1997-0091(11)</u>

Dear sirs:

    Enclosed is the Order of Hon. Judge José Fusté, signed March 27, 2006, concerning the passport of Dr. Jorge L. Garib-Bazain. Please arrange for its delivery to me at your earliest convenience.

    If the passport is not in your possession, please proceed pursuant to the Order of Judge Fusté to recover same.

    I am willing to pick it up at your offices at any time.

Cordially,

Ramón E. Dapena