IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        v. )<br>JORGE L. GARIB-BAZAIN, )<br>    Defendant. )<br>_____ | CRIM. NO.: 97-091-11 (JAF) |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE TERM**

TO THE HONORABLE COURT:

COMES NOW the defendant and respectfully states and prays:

1. This Court sentenced defendant to sixty (60) months of imprisonment on July 17, 2000.

2. On June 30, 2006, defendant was released and began serving two years of supervised release term under the supervision of the U.S. Probation Office.

3. Defendant has served almost fifteen months (close to 70%) of his supervised release term.

4. Defendant has complied with all conditions set up to this filing [See Exh. 1]

4. The U.S. Probation Office indicated to the defendant that it would not object to the early termination of the supervised release term. [See Exh. 1]

WHEREFORE, defendant respectfully request that the Court order the termination of the defendant's term of supervised release.

**I HEREBY CERTIFY** that on this same date I have presented the foregoing motion to the Clerk of the Court for uploading and filing into the Court's EM/ECF

*U.S. v. Garib-Bazaín ,*                                                                                                  Page 2 of 2
Crim. No. 97-091 (JAF)

System which will provide notice of the same to all parties of record.

    In San Juan, Puerto Rico this September 10, 2007.

                                <u>s/Ramon E. Dapena</u>
                                Ramón E. Dapena
                                AIG Plaza Suite 1400
                                250 Muñoz Rivera Ave.
                                San Juan P.R. 00918
                                (tel) 759.4208 / (fax) 753.0109
                                rdapena@gaclaw.com