## Dapena, Ramon

**From:** Jorge Garib [jgaribinfectious@hotmail.com]
**Sent:** Monday, August 27, 2007 10:14 AM
**To:** Dapena, Ramon
**Subject:** FW: Re: Permiso de viaje y posible "early termination".

```
>From: Brenda_L_Nieves@prp.uscourts.gov
>To: "Jorge Garib" <jgaribinfectious@hotmail.com>
>Subject: Re: Permiso de viaje y posible "early termination".
>Date: Mon, 27 Aug 2007 07:06:20 -0400
>
>Buenos Dias Sr. Garib,
>
>         Su permiso de viaje fue aprobado y se le envió via correo.
>Usted ya puede radicar su moción la semana que viene.  Espero que tenga
>un buen viaje.
>
>
>
>
>"Jorge Garib" <jgaribinfectious@hotmail.com>
>08/26/2007 09:45 PM
>
>To
>Brenda_L_Nieves@prp.uscourts.gov
>cc
>
>Subject
>Permiso de viaje y posible "early termination".
>
>
>
>
>
>
>Estimada Sra. Nieves,
>1. Cuando puedo pasar a recoger el permiso de viaje para el curso en NY
>del
>3-9 de Sept./07?
>2. Cuando puedo radicar la mocion solicitando "early termination"?
>
>Saludos!
>
>Jorge Garib
>
>_____
>Booking a flight? Know when to buy with airfare predictions on MSN Travel.
>
>http://travel.msn.com/Articles/aboutfarecast.aspx&ocid=T001MSN25A07001
>

_____
More photos, more messages, more storage—get 2GB with Windows Live Hotmail.
http://imagine-windowslive.com/hotmail/?locale=en-us&ocid=TXT_TAGHM_migration_HM_mini_2G_
0507
```