IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

   vs.                                     Case No. 03: 97CR00091-011(JAF)

**JORGE L. GARIB-BAZAIN**
* * * * * * * * * * *

MOTION IN RESPONSE TO COURT ORDER DATED SEPTEMBER 20, 2007

**TO THE HONORABLE JOSE A. FUSTE, CHIEF**
**U.S. DISTRICT COURT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW,** Brenda Lee Nieves-Rodríguez, U.S. Probation Officer of this Honorable Court, providing a response to the petition made by Mr. Jorge L. Garib-Bazain in compliance to the order issued by Your Honor on September 20, 2007.

**RESPECTFULLY INFORMING TO THE COURT AS FOLLOWS:**

    On July 11, 2000, Mr. Jorge L. Garib-Bazain was sentenced by the District of Puerto Rico to a term of imprisonment of sixty (60) months and a supervised release term of two (2) years, after pleading guilty to Title 18, <u>United States Code,</u> Sections 371 and 1623. Since his release on June 30, 2006, Mr. Garib-Bazaín has complied with all his conditions of supervised release. He has pursued his education through medical conferences and reviews and submitted evidence to that effect. Mr. Garib-Bazain has kept stable residence in the company of his wife in Carolina, P.R. There is no evidence of new criminal behavior. Mr. Garib-Bazain has also satisfied his Special Monetary Assessment and fulfilled his restitution obligation in full, and submitted to DNA collection.

    On September 4, 2007, the offender's case was recommended and reassigned to the administrative case load due to excellent adjustments to his supervised release conditions.

    On September 21, 2007, Mr. Garib-Bazain's petition for early termination was discussed with

First Assistant U.S. Attorney María A. Domínguez from the District of Puerto Rico, who stated that she opposes to the same. Based upon the above mentioned, it appears that the offender is totally committed to the supervision process and would greatly benefit from early termination.

**WHEREFORE**, we respectfully submit our response to your Honor and recommend that Early Termination be granted.

In San Juan, Puerto Rico, this 1st day of October 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/ Brenda Lee Nieves-Rodríguez
Brenda Lee Nieves-Rodríguez
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 294-1647
(787) 766-5945
Brenda_L_Nieves@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 1, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José Ruiz, Assistant U.S. Attorney, 350 Chardón Tower, 1201, San Juan PR 00918 and Rafael Castro-Lang, Defense Attorney, P.O. Box 9023222, San Juan, PR 00902-3222.

S/ Brenda Lee Nieves-Rodríguez
Brenda Lee Nieves-Rodríguez
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 294-1647
(787) 766-5945
Brenda_L_Nieves@prp.uscourts.gov